UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMED RASHED,<br>                              Defendant. | 19 Cr. 603-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that Defendant Mohamed Rashed's bail be modified to remove the condition of home detention and replace it with a curfew, enforced by GPS monitoring, with the hours to be set at the discretion of Pretrial Services.

SO ORDERED.

Dated:   October 23, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge