

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2021

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        **Re:** *United States v. Mohamed Rashed.*, 19 Cr. 603 (KPF)

Dear Judge Failla:

        The Government respectfully submits this letter to request, with the defendant's consent, that the defendant's sentencing be rescheduled from March 25, 2021, at 3:00 p.m., to a date and time convenient to the Court in September 2021.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

by: _/s/ Robert B. Sobelman_
        Mollie Bracewell
        Robert B. Sobelman
        Assistant United States Attorneys
        (212) 637-2218/2616

cc: Lance Lazzaro, Esq. (by ECF)

---

Application GRANTED.  The sentencing scheduled for March 25, 2021, is hereby ADJOURNED to September 23, 2021, at 3:00 p.m.  The Government's sentencing submission will be due on or before September 9, 2021, and Mr. Rashed's sentencing submission will be due on or before September 16, 2021.

Dated:    March 15, 2021
           New York, New York

SO ORDERED.

_/s/ Katherine Polk Failla_

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE