UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>MOHAMED RASHED,<br><br>                              Defendant. | 19 Cr. 603-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to a conflict on the Court's calendar, the sentencing in this matter scheduled for December 16, 2021, is hereby ADJOURNED to January 13, 2022, at 3:30 p.m. The Government's sentencing submission is due on or before December 30, 2021, and Defendant's sentencing submission is due on or before January 6, 2022.

SO ORDERED.

Dated:  September 15, 2021
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge