Law Offices
## LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:   (718)   488-1900
TELECOPIER:  (718)   488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO  * ADMITTED IN NY & NJ
RANDALL LAZZARO *
_____

JAMES KILDUFF * JAMES
KIRSHNER ROGER
GREENBERG

January 3, 2021

**sent via ECF**
Honorable Judge Katherine Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



RE:   **United States v. Mohamed Rashed**
      Criminal Docket No.: 19

Dear Judge Failla:

As you are aware, this firm represents Mr. Mohamed Rashed with regards to the above referenced matter. Mr. Rashed is currently scheduled for a Court appearance before your Honor on January 13, 2022 for sentencing. However, I need to request one more adjournment of the matter so that I can file my sentencing submission. Therefore, I am respectfully requesting an adjournment of Mr. Rashed's sentencing for 2-3 weeks. AUSA Robert Sobelman has stated that the Government does not oppose this request for an adjournment.

I have spoken with my client and he does not have any objections to this adjournment as well. This is the Defendant's second request for an adjournment of the sentencing. **Please do not adjourn this matter to January 26th or January 27th** as I have other federal matters to appear for. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

                Very truly yours,
                LAZZARO LAW FIRM , P.C.

                BY:    /s/
                Lance Lazzaro, Esq.

cc:    AUSA Mollie Bracewell & AUSA Robert Sobelman via ECF

```
Application GRANTED.  The sentencing scheduled for January 13,
2022, is hereby ADJOURNED to February 2, 2022, at 3:30 p.m.  The
Clerk of Court is directed to terminate the pending motion at
docket number 111.

Dated:    January 3, 2022            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE